**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

In re:

| | | |
|---|---|---|
| | * | |
| IN DOK KIM | | Case No.: 07-10767-PM |
| MYUNG SOOK KIM | * | Chapter 7 |
| Debtors | * | |

* * * * * * * * * * * * * *

**LINE TO WITHDRAW PROOF OF CLAIM NUMBER 4-1**
**FILED BY DONALD COULTER, ESQUIRE**

TO THE CLERK:

Please withdraw the Proof of Claim filed by Donald Coulter, Esquire on April 11, 2007, Claim Number 4-1 on the Claims Register of the Court.

Respectfully submitted,

Date: 01/23/15

/s/ Donald Coulter

Donald Coulter, Esquire
7900 Sudley Road, #608
Manassas, VA 20109-2806
(703)361-5131