IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:

    IN DOK KIM                                   Case No.:    07-10767
    MYUNG SOOK KIM                   Chapter 7

            Debtors

\* \* \* \* \* \* \* \* \* \* \* \* \*

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Trustee herein submits a check payable to U.S. Bankruptcy Court in the amount of $12,868.36 representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said Funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

| POC # | CREDITOR (last known address) | CLAIM AMOUNT | DISBURSEMENT AMOUNT |
|---|---|---|---|
| #6 | LVNV Funding LLC it's Successors And Assignee of Citibank USA<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587 | $4,767.13 | $4,767.13 |
| #9 | LVNV Funding LLC it's Successors And Assignee of Citibank USA<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587 | $6,414.30 | $6,414.30 |

| #12 | LVNV Funding LLC it's Successors<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587 | $ 238.72 | $ 238.72 |
|---|---|---|---|
| #13 | LVNV Funding LLC it's Successors<br>And Assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587 | $17,472.82 | $1,448.21 |

Respectfully Submitted,

**ROSE & ASSOCIATES, LLC**


     /s/ Cheryl E. Rose
Cheryl E. Rose, #05934, Chapter 7 Trustee
9812 Falls Road, #114-334
Potomac, MD  20854-3963
(301) 527-7789


### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 10th day of August, 2015, a copy of the foregoing Line was served first class postage prepaid and/or electronically via ECF to:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD  20770

Laura J. Margulies, Esq.
Laura Margulies & Associates, LLC
6205 Executive Blvd.
Rockville, MD 20852

In Dok Kim
5300 Bond Mill Road
Laurel, MD 20707

Myung Sook Kim
5300 Bond Mill Road
Laurel, MD 20707

LVNV Funding LLC it's Successors
And Assignee of Citibank USA
Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587

United States Bankruptcy Court
ATTN:  Finance Department
101 West Lombard Street
Baltimore, MD  21201

                                                  /s/ Cheryl E. Rose
                                     Cheryl E. Rose, Chapter 7 Trustee