IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:

                                 *

IN DOK KIM                                   Case No.: 07-10767-PM
MYUNG SOOK KIM               *        Chapter 7

       Debtors                            *

*   *   *   *   *   *   *   *   *   *   *   *   *   *

**REPORT OF RETURNED FUNDS
AVAILABLE FOR FURTHER DISTRIBUTION**

The undersigned Trustee reports as follows:

1. That the Trustee herein has received returned funds in the amount of $880.00 from Claimant No. 1, Internal Revenue Service.

2. That the Claimant has advised the Trustee that its claim against the above-named Debtors have been satisfied.

3. That the Trustee proposes a further distribution of 54.53% to be paid to the following claimants which are listed on the attachment with their claim numbers and amount of claims to be paid.

The undersigned Trustee certifies under the penalty of perjury that the foregoing is true and correct to the best of her knowledge.

                                                   Respectfully Submitted,

                                                   **ROSE & ASSOCIATES, LLC**

                                                       /s/ Cheryl E. Rose
                                               Cheryl E. Rose, #05934, Chapter 7 Trustee
                                               9812 Falls Road, #114-334
                                               Potomac, MD  20854-3963
                                               (301) 527-7789

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on the 18th day of August, 2015, a copy of the foregoing Report of Returned Funds Available for Further Distribution was served first class postage prepaid and/or electronically via ECF all creditors and interested parties on the mailing matrix and to:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD  20770

Laura J. Margulies, Esq.
6205 Executive Blvd.
Rockville, MD  20852

In Dok & Myung Sook Kim
5300 Bond Mill Road
Laurel, MD  20707

              /s/ Cheryl E. Rose
             Cheryl E. Rose, Chapter 7 Trustee, #05934