**Proposed Distribution**

Case Number: 0:07-10767-PM  
Debtor Name: IN DOK KIM

Date: August 14, 2015  
PROPOSED DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amount | Paid To Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $880.00 |
| | CHERYL E. ROSE<br>ROSE & ASSOCIATES, LLC<br>12154 DARNESTOWN ROAD, #623<br>GAITHERSBURG, MD  20878 | Administrative | 100 | $5,008.25 | $5,008.25 | $0.00 | $0.00 | $880.00 |
| | CHERYL E. ROSE<br>ROSE & ASSOCIATES, LLC<br>12154 DARNESTOWN ROAD, #623<br>GAITHERSBURG, MD  20878 | Administrative | 100 | $254.98 | $254.98 | $0.00 | $0.00 | $880.00 |
| | CHERYL E. ROSE<br>ROSE & ASSOCIATES, LLC<br>ATTORNEY FOR TRUSTEE<br>12154 DARNESTOWN ROAD, BOX 623<br>GAITHERSBURG, MD  20878 | Administrative | 1 | $9,500.00 | $9,500.00 | $0.00 | $0.00 | $880.00 |
| BOND | INSURANCE PARTNERS AGENCY, INC.<br>26865 CENTER RIDGE ROAD<br>WESTLAKE, OH  44145 | Administrative | 999 | $114.52 | $114.52 | $0.00 | $0.00 | $880.00 |
| BOND | MRSC INSURANCE PARTNERS, LLC<br>6190 Cochran Road, Suite E<br>Solon, OH  44139 | Administrative | 999 | $155.50 | $155.50 | $0.00 | $0.00 | $880.00 |
| | Subtotals for Class Administrative  100.00% | | | $15,033.25 | $15,033.25 | $0.00 | $0.00 | |
| 1 | INTERNAL REVENUE SERVICE<br>31 Hopkins Plaza, #1150<br>Baltimore, MD  21201 | Priority | 40 | $0.00 | $0.00 | $0.00 | $0.00 | $880.00 |
| | Subtotals for Class Priority  0.00% | | | $0.00 | $0.00 | $0.00 | $0.00 | |
| 2 | DISCOVER BANK/DISCOVER FINANCIAL SE<br>PO Box 3025<br>New Albany, OH  43054-3025 | Unsecured | 70 | $7,149.52 | $7,149.52 | $0.00 | $0.00 | $880.00 |
| 3 | NORDSTROM FSB<br>PO Box 6566<br>Engelwood, CO  80155 | Unsecured | 70 | $1,300.68 | $1,300.68 | $0.00 | $0.00 | $880.00 |
| 5 | AMERICAN EXPRESS CENTURION BANK<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Unsecured | 70 | $391.41 | $391.41 | $0.00 | $0.00 | $880.00 |
| 6 | LVNV FUNDING LLC ITS SUCCESSORS AND<br>assignee of Citibank USA<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587 | Unsecured | 70 | $4,767.13 | $4,767.13 | $0.00 | $0.00 | $880.00 |
| 7 | HOUSEHOLD BANK (SB) N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ  85712 | Unsecured | 70 | $138.58 | $138.58 | $0.00 | $0.00 | $880.00 |

Case Number: 0:07-10767-PM  
Debtor Name: IN DOK KIM

Date: August 14, 2015  
PROPOSED DISTRIBUTION

| Claim # | Payee Name | Class | Priority | Amount | Paid To Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| 8 | ECAST SETTLEMENT CORPORATION ASSIGN<br>HSBC Bank Nevada NA / HSBC Card<br>Services III<br>POB 35480<br>Newark, NJ  07193-5480 | Unsecured | 70 | $1,267.40 | $1,267.40 | $0.00 | $0.00 | $880.00 |
| 9 | LVNV FUNDING LLC ITS SUCCESSORS AND<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587 | Unsecured | 70 | $6,414.30 | $6,414.30 | $0.00 | $0.00 | $880.00 |
| 10 | ECAST SETTLEMENT CORPORATION<br>POB 35480<br>Newark, NJ  07193-5480 | Unsecured | 70 | $1,613.07 | $1,613.07 | $0.00 | $0.00 | $880.00 |
| 12 | LVNV FUNDING LLC<br><br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587 | Unsecured | 70 | $238.72 | $238.72 | $0.00 | $0.00 | $880.00 |
| 13 | LVNV FUNDING LLC ITS SUCCESSORS AND<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587 | Unsecured | 80 | $17,472.82 | $1,448.21 | $16,024.61 | $620.13 | $259.87 |
| 14 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>FIA Card Services, NA/Bank of America<br>4515 N Santa Fe Ave<br>Oklahoma City, OK  73118 | Unsecured | 80 | $7,322.02 | $606.87 | $6,715.15 | $259.87 | $0.00 |
| | Subtotals for Class Unsecured  54.53% | | | $48,075.65 | $25,335.89 | $22,739.76 | $880.00 | |
| 4 | ESQUIRE DONALD COULTER<br>7900 Sudley Road, #608<br>Manassas, VA  20109 | Secured | 50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | IRWIN HOME EQUITY<br>Alcosta Boulevard Suite 500<br>San Ramon, California  94583 | Secured | 50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Subtotals for Class Secured  0.00% | | | $0.00 | $0.00 | $0.00 | $0.00 | |
| | Totals | | | $63,108.90 | $40,369.14 | $22,739.76 | $880.00 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.